1482

[Cite as *04/25/2008 Case Announcements*, 2008-Ohio-1951.]

## MOTION AND PROCEDURAL RULINGS

2008-0079. State v. Mosby.
Knox App. No. 05-CA-33, 2007-Ohio-2542. On January 11, 2008, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

## DISCIPLINARY CASES

2005-0799. Disciplinary Counsel v. Greco.
On January 31, 2008, respondent, Anthony William Greco, Attorney Registration No. 0061582, last known business address in Columbus, Ohio, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated July 3, 2006, wherein respondent was reinstated, the remaining eighteen months of his suspension were stayed, and respondent was placed on probation for a period of eighteen months.

Therefore, it is ordered by this court that the probation of respondent is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R.V(8)(D)(1), that publication be made as provided for in Gov.Bar R.V(8)(D)(2), and that respondent bear the costs of publication.

2007-0748. Disciplinary Counsel v. Hofelich.
It is ordered by this court, sua sponte, that James Hofelich, Attorney Registration No. 0033009, last known business address in Westlake, Ohio, is found in contempt for failure to comply with this court's order of August 29, 2007, to wit: failure to surrender his attorney registration card and failure to file an affidavit of compliance on or before September 28, 2007.

2007-1115. Disciplinary Counsel v. Bubna.
It is ordered by this court, sua sponte, that Walter P. Bubna, Attorney Registration No. 0017928, last known business address in Parma, Ohio, is found in contempt for failure to comply with this court's order of January 23, 2008, to wit: failure to file an affidavit of compliance on or before February 12, 2008, that meets the requirements of the court's December 12, 2007, suspension order.

## CASE ANNOUNCEMENTS

*April 29, 2008*

[Cite as *04/29/2008 Case Announcements*, 2008-Ohio-2009.]